**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JON MCCLURE, | No. CV 17-8666 PJW |
| Plaintiff, | [~~PROPOSED~~] ORDER APPROVING STIPULATION TO DISMISS WITH PREJUDICE |
| v. | |
| UNITED STATES OF AMERICA. | |
| Defendant. | Honorable Patrick J. Walsh United States Chief Magistrate Judge |

1     Having reviewed the Stipulation to Dismiss with Prejudice and

2  good cause appearing therefor:

3     IT IS HEREBY ORDERED THAT the above-captioned action is

4  dismissed in its entirety with prejudice.

5     IT IS FURTHER ORDERED THAT the parties shall bear their own

6  respective attorney's fees, costs and expenses. All scheduled dates

7  and deadlines are VACATED.

8

9  DATED: 11/6 , 2018

10

11                        HONORABLE PATRICK J. WALSH
                          United States Chief Magistrate Judge

12